WILLIAM E. LEE, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Lee v. Erie R. R. Co.*, 173 App. Div. 75, affirmed.

(Submitted February 6, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 19, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover for the alleged conversion of a quantity of lath. The defense was that the plaintiff never became entitled to delivery of said lath inasmuch as a car service charge of one dollar accrued on said shipment before the freight was paid, which said charge plaintiff refused to pay and never paid, and which car service charge was a lien on said property; that under the car service rules under which defendant was operating, it was entitled to hold said lath and to refuse to deliver the same until such car service charge was paid.

*Henry B. Collin* for appellant.

*Thomas M. Losie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.